**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ERIC WISE,                        )
                                  )
            Plaintiff,            )
                                  )
      v.                          )   Civil Action No.  **12 1880**
                                  )
CHARLES E. SAMUELS, JR., *et al.*, )
                                  )
            Defendants.           )


## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint.[1]  The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in *Wise v. Samuels*, No. 12-1591 (RC), and it will be dismissed as duplicative.

An Order consistent with this Memorandum Opinion is issued separately on this same date.

United States District Judge

DATE: October 28, 2012

---

[1]     For purposes of this Memorandum Opinion, the Court has considered the application to proceed *in forma pauperis* submitted with the instant complaint along with the prisoner trust fund account statement submitted with the complaint in Civil Action No. 12-1591.